FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Lopez, Francisco Arcadio <br> Defendant. | Case No.: 09-309 M <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __SD Calif__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown; bail resources unknown; fta following arrest in San Diego__

1
2
3         and/or
4  B.     (X) The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the safety of any
6         other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7         finding is based on ___crim hist record, incl___
8         ___Multiple convs for narcotics offenses and a___
9         ___crime of violence; parole/prob viol___
10        ___history___
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __7/10/09__
17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE